# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

**ATTORNEYS AT LAW**
1000 WOODBURY ROAD     SUITE 402     WOODBURY, NY 11797
TELEPHONE: 516.712.4000     FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

February 19, 2021

*VIA ECF*
Hon. John G. Koeltl
District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> ```
> The conference is adjourned to May 5, 2021 at
> 2:30 p.m.
>
> SO ORDERED.
>
> New York, New York   /s/ John G. Koeltl
> February 22, 2021    John G. Koeltl, U.S.D.J.
> ```

Re:  *Braulio Thorne, on behalf of himself and all other persons similarly
situated v. Jennifer Adams Brands, Inc.*
Case No.:  *Case No.: 20-cv-10080 (JGK)*
Our File:  *420-19870*

Dear Honorable Judge Koeltl:

This firm represents Defendant, *Jennifer Adams Brands, Inc*. ("Defendants"), in the above-referenced action. We write in connection with the pre-trial conference scheduled for February 24, 2021. We submit this correspondence with consent from Plaintiff's counsel to request an adjournment of the pre-trial conference for at least sixty (60) days, up to and including May 25, 2021, since Defendant's Answer is due on April 5, 2021 after waiving service and our firm is preparing a defense. This application represents Defendant's first request for an adjournment.

The Parties remain available should Your Honor require any additional information concerning this request. We thank the Court for its time and consideration.

Respectfully submitted,

Elizabeth R. Gorman

ERG/kd

cc: ***via ECF***
    Jeffrey M. Gottlieb, Esq (*via* email at nyjg@aol.com)
    Michael A LaBollita, Esq. (*via* email at michael@gottlieb.legal)